IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **THOMAS LETO,** | ) |
| Petitioner | ) |
| | ) Civil Action No. |
| vs. | ) |
| | ) 99-C-3316-E |
| **WARDEN R. WILEY and the BUREAU OF PRISONS,** | ) |
| | ) |
| Respondents | ) |

**MEMORANDUM OPINION**

  Petitioner Thomas Leto seeks a writ of habeas corpus pursuant to 29 U.S.C. § 2241. He seeks to have this Court declare him eligible for a sentence reduction pursuant to 18 U.S.C. § 3621 (e) and to grant him release upon his successful completion of the Bureau of Prisons' residential drug abuse treatment program. (Doc. 1, p. 4).

  On June 9, 2000, the Court was informed that the Petitioner had been granted provisional eligibility for early release from the custody of the Bureau of Prisons. (Doc. 13). On February 1, 2001, the Respondent moved to dismiss the petition premised on the Supreme Court's decision in *Lopez v. Davis*, 531 U.S. ___, 2001 WL 20545 (2001). Accordingly, the Magistrate Judge entered an order on February 15, 2001, requiring the Petitioner to show cause within eleven (11) days why his petition should not be denied and dismissed. The Petitioner has not responded to the Show Cause Order.

  Based on *Lopez v. Davis*, the Court finds and concludes that the petition for a writ of

habeas corpus must be denied and dismissed.

By separate order, it will be done.

Done this 8th day of March, 2001.

_____
Chief United States District Judge
U.W. Clemon